FR:BGK
F.# 2016R01428

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

- against -

ROBERT SCHULMAN,

         Defendant.
------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 26 2017 ★

LONG ISLAND OFFICE

ORDER OF FORFEITURE

16-CR-0442 (JMA)

      WHEREAS, on or about March 15, 2017, ROBERT SCHULMAN (the "defendant"), was convicted after a jury trial of Counts One and Two of the above-captioned Indictment, charging violations of 18 U.S.C. § 371, to wit, conspiracy to commit securities fraud in violation of 15 U.S.C. §§ 78j(b) and 78ff, and 15 U.S.C. §§ 78j(b) and 78ff, to wit, securities fraud, respectively; and

      WHEREAS, the Court has determined that, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 24961(c), the defendant must forfeit the amount of fifteen thousand five hundred twenty-seven dollars and no cents ($15,527.00) (the "Forfeiture Money Judgment"), as property, real or personal, constituting or derived from proceeds traceable to such offenses, and/or as substitute assets, pursuant to 21 U.S.C. § 853(p).

      NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. The defendant shall forfeit to the United States the full amount of the Forfeiture Money Judgment, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 24961(c), and 21 U.S.C. § 853(p).

2. All payments made by the defendant toward the Forfeiture Money Judgment shall be made by a money order, or a certified or official bank check, payable to the "United States Marshals Service," with the criminal docket number noted on the face of the check. The defendant shall cause said check to be delivered by overnight mail to Assistant United States Attorney Brendan G. King, United States Attorney's Office, Eastern District of New York, 271-A Cadman Plaza East, Brooklyn, New York 11201. The Forfeiture Money Judgment shall be paid in full on or within two weeks following the defendant's sentencing (the "Due Date").

3. If the Forfeiture Money Judgment is not received as provided above, the defendant shall forfeit any other property of his up to the value of the outstanding balance, pursuant to 21 U.S.C. § 853(p). The defendant shall fully assist the government in effectuating the payment of the Forfeiture Money Judgment. The defendant shall not file or interpose any claim or assist others to file or interpose any claim to any of the property against which the government seeks to execute the Forfeiture Money Judgment in any administrative or judicial proceeding.

4. Upon entry of this Order of Forfeiture ("Order"), the United States Attorney General or his designee is authorized to conduct any proper discovery in accordance with Fed. R. Crim. P. 32.2(b)(3) and (c). The United States alone shall hold title to the monies

paid by the defendant to satisfy the Forfeiture Money Judgment following the Court's entry of the judgment of conviction.

5. The entry and payment of the Forfeiture Money Judgment is not be considered a payment of a fine, penalty, restitution loss amount, or income taxes that may be due, and shall survive bankruptcy.

6. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Order shall become final as to the defendant at the time of sentencing and shall be made part of the defendant's sentence and included in the judgment. This Order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2). At that time the properties forfeited herein shall be forfeited to the United States for disposition in accordance with the law.

7. This Order shall be binding upon the defendant and the successors, administrators, heirs, assigns and transferees of the defendant, and shall survive the bankruptcy of any of them.

8. This Order shall be final and binding only upon the Court's "so ordering" of the Order.

9. The Court shall retain jurisdiction over this action to enforce compliance with the terms of this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

---

United States v. Robert Schulman, 16-CR-0442 (JMA)
Order of Forfeiture
Page 3

10. The Clerk of the Court is directed to send, by interoffice mail, three (3) certified copies of this executed Order to the United States Attorney's Office, Eastern District of New York, ATTN: FSA Paralegal Kristen Lake, 610 Federal Plaza, 5th Floor, Central Islip, New York 11722.

Dated: Central Islip, New York
September 26, 2017

SO ORDERED:

s/ Joan M. Azrack

HONORABLE JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK