Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Eastern District of New York

Caption:

United States of America v.

Robert Schulman

Docket No.: 16-CR-0442 (JMA)

Hon. Joan M. Azrack
(District Court Judge)

Notice is hereby given that Robert Schulman appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____ (specify)

entered in this action on 10/04/2017
(date)

This appeal concerns: Conviction only ✓   Sentence only ☐   Conviction & Sentence ☐   Other ☐

Defendant found guilty by plea ☐   trial ☐   N/A ✓

Offense occurred after November 1, 1987? Yes ✓   No ☐   N/A ☐

Date of sentence: 09/29/2017   N/A ☐

Bail/Jail Disposition: Committed ☐   Not committed ✓   N/A ☐

Appellant is represented by counsel? Yes ✓   No ☐   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Mark D. Harris |
| Counsel's Address: | Proskauer Rose LLP |
| | 11 Times Square, New York, NY 10036 |
| Counsel's Phone: | (212) 969-3530 |
| Assistant U.S. Attorney: | David Pitluck, Julia Nestor, Patrick Hein |
| AUSA's Address: | U.S. Attorney's Office, Eastern District of New York |
| | 271 Cadman Plaza East, Brooklyn, New York 11201 |
| AUSA's Phone: | (718) 254-6108 |

_____
Signature