UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA,

-against-

ROBERT SCHULMAN,

          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

SATISFACTION OF JUDGMENT

Criminal Docket
No. CR-16-0442

(Azrack, J.)

WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $50,200.00, that is, a fine in the amount of $50,000.00, and a special assessment in the amount of $200.00, on October 4, 2017, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on October 5, 2017; and

WHEREAS, said judgment has been fully paid as to the defendant ROBERT SCHULMAN;

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy, and discharge the same solely as to the defendant ROBERT SCHULMAN.

Dated:    Brooklyn, New York
            December 19, 2017

                                          BRIDGET M. ROHDE
                                          Acting United States Attorney
                                          Eastern District of New York
                                          271 Cadman Plaza East, 8th Fl.
                                          Brooklyn, New York 11201

                          By:     /s/
                                          PETER A. LASERNA
                                          Assistant U.S. Attorney
                                          (718) 254-6152